UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**REQUEST FOR CHANGE OF ADDRESS**

CASE NAME:  Robert Ramon Harris

CASE NO.: 16-64206  JUDGE WLH  CHAPTER  7

CHANGE FOR

DEBTOR __X__     CREDITOR _____     ATTORNEY _____     (for) Debtor _____
                                                            Creditor _____

NOTE: (For Attorneys Only) IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

EFFECTIVE DATE OF CHANGE:        January 12, 2018

BAR I.D. NUMBER:

NAME:                             Robert Ramon Harris

                                  141 Tara Blvd

                                  Loganville, GA 30052
*******************************************************************

NAME:                             Robert Ramon Harris

OLD ADDRESS:                      4965 N. Peachtree Road

                                  Atlanta, GA 30338

FURNISHED BY:                     Stephen O. Smith

DATE:     January 12, 2018