IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.   16-64206-WLH |
| ) | |
| ROBERT RAMON HARRIS, III, ) | CHAPTER   7 |
| ) | |
| Debtor. ) | |
| ) | |

NOTICE OF DEPOSIT OF UNCLAIMED
FUNDS INTO REGISTRY OF COURT

Neil C. Gordon, the Trustee of the named estate, hereby shows the following:

1. In accordance with 11 U.S.C. Section 347(a), payment has been stopped on all checks of the estate which remain unpaid, as identified in Paragraph 2. The total sum of these checks is $5,850.00, which has been deposited with the Court for disposition pursuant to 28 U.S.C. Sections 2041 *et. seq.*

2. Pursuant to Federal Rules of Bankruptcy Procedure 3011, the last known name and address of each entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the estate which has been paid into the Court is as follows:

**Name and Last Known Addresses**    **Amount**

Robert Ramon Harris, III                                        $5,850.00
c/o Lauren A. Drayton

14135637v1

The Semrad Law Firm, LLC
Suite 201
303 Perimeter Center North
Atlanta, GA 30346

Robert Ramon Harris, III
141 Tara Blvd.
Loganville, GA 30052

                               ARNALL GOLDEN GREGORY LLP

                               /s/ Neil C. Gordon
                               Neil C. Gordon, Chapter 7 Trustee
                               State Bar No. 302387

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8596
Neil.Gordon@agg.com

14135637v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Notice of Deposit of Unclaimed Funds into Registry of Court was sent correctly addressed with proper postage by First Class U.S. Mail to the following:

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303

Lauren A, Drayton
The Semrad Law Firm, LLC
Suite 201
303 Perimeter Center North
Atlanta, GA 30346

Jonathan A. Proctor
The Semrad Law Firm, LLC
Suite 201
303 Perimeter Center North
Atlanta, GA 30346

Robert Ramon Harris, III
141 Tara Blvd.
Loganville, GA 30052

This 14th day of October, 2019.

/s/ Neil C. Gordon
Neil C. Gordon, Trustee
State Bar No. 302387

14135637v1