IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.   16-64206-WLH |
| ) | |
| ROBERT RAMON HARRIS, III, ) | CHAPTER   7 |
| ) | |
| **Debtor.** ) | |
| ) | |

**TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, Neil C. Gordon, having been appointed trustee of the estate of the above-named Debtor, report I collected funds totaling $5,850.00 representing the Debtor's 2016 federal tax refund (the "Tax Refund"**).** I have made a diligent inquiry into the financial affairs of the Debtor and the location of the property belonging to the estate and have determined there is no property available for distribution from the estate over and above that exempted by law. Debtor filed a *Motion to Determine Exempt Status of 2016 Tax Refund* [Docket No. 25]. A Consent Order granting the Motion was entered by the Court on March 7, 2018 [Docket No. 26] and the funds disbursed to Debtor. Debtor refused to cash the estate's check because the Internal Revenue Service had remitted a duplicate payment of the Tax Refund to the Debtor directly, which he promptly deposited. The Internal Revenue Service has yet to request repayment of the duplicated Tax Refund. Therefore, Trustee filed a *Notice to Deposit Unclaimed Funds into the Court Registry* [Docket No. 33]. All bank statements and cancelled checks have been submitted to the United States Trustee.  The bank statements reflect

14248101v1

a final zero balance and no other funds or assets of the estate remain in my custody. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named Debtor has been fully administered. I request that I be discharged from any further duties as trustee.

    Respectfully submitted,

    ARNALL GOLDEN GREGORY LLP
    */s/ Neil C. Gordon*
    Neil C. Gordon, Chapter 7 Trustee
    State Bar No. 302387
    171 17th Street, N.W., Suite 2100
    Atlanta, Georgia  30363-1031
    (404) 873-8596/Neil.Gordon@agg.com

14248101v1

## CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION via hand delivery to:

United States Trustee
352 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Lauren A, Drayton
The Semrad Law Firm, LLC
Suite 201
303 Perimeter Center North
Atlanta, GA 30346

Jonathan A. Proctor
The Semrad Law Firm, LLC
Suite 201
303 Perimeter Center North
Atlanta, GA 30346

Robert Ramon Harris, III
141 Tara Blvd.
Loganville, GA 30052

This 8th day of November, 2019.

/s/ Neil C. Gordon
Neil C. Gordon

14248101v1