UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Robert Ramon Harris III**
141 Tara Blvd
Loganville, GA 30052

**xxx–xx–1345**

Case No.: **16–64206–wlh**
Chapter: **7**
Judge: **Wendy L. Hagenau**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Neil C. Gordon**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_Wendy L. Hagenau_

Wendy L. Hagenau
United States Bankruptcy Judge

Dated:  January 23, 2020
Form 184

```
                         United States Bankruptcy Court
                          Northern District of Georgia

In re:                                                             Case No. 16-64206-wlh
Robert Ramon Harris, III                                           Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113E-9          User: jacksong               Page 1 of 2      Date Rcvd: Jan 23, 2020
                              Form ID: 184                 Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db             +Robert Ramon Harris, III,    141 Tara Blvd,    Loganville, GA 30052-4048
aty             Arnall Golden Gregory LLP,    171 17th Street, N.W.,    Suite 2100,    Atlanta, GA 30363-1031
20088080       +Aetna Health,    151 Farmington Ave,    Hartford, CT 06156-0001
20088066       +BANKAMERICA,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
20088089       +Childrens Healthcare of Atlanta,    4166 Buford Highway Suite 1102,    Atlanta, GA 30345-1038
20088072       +Department of Justice, Tax Division,    PO Box 14198; Ben Franklin Station,
                 Civil Trial Section, Southern,    Washington, DC 20044-4198
20088088       +Douglas, Knight & Associates,    PO Box 10517,    Attn: Catelyn Jones - 186620,
                 Bradenton, FL 34282-0517
20088078       +Emory Hospital,    1364 Clifton Rd, Atlanta,    Atlanta, GA 30322-1064
20088083       +Jill Stewart,    10078 Freeman CT,    Jonesboro, GA 30236-6743
20088085        Lonyea Howard,    1517 Old House Lane,    Atlanta, GA 30338
20088075       +Office of the Attorney General-ATL,    40 Capitol Square, SW,    Atlanta, GA 30334-9057
20088086       +Shana Robinson,    1617 Stoney Creek Lane,    Charlotte, NC 28262-3183
20088071        Special Assistant U.S. Attorney,    401 W. Peachtree Street, NW, STOP 1000-D,
                 Atlanta, GA 30308
20088079       +Spine Center Atlanta,    3161 Howell Mill Rd,    Atlanta, GA 30327-2117
20088090       +Thomas Eye group,    3975 Lawrenceville Hwy Nw,    Lilburn, GA 30047-2817
20088081       +United HealthCare Services, Inc,    Greensboro Service Center,    PO Box 740800,
                 Atlanta, GA 30374-0800
20390626       +VW CREDIT, INC.,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
20088063      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:   WFHM,    8480 Stagecoach Circle,    Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20088076       +E-mail/Text: g17768@att.com Jan 23 2020 22:01:29      AT&T,    PO Box 105262,
                 Atlanta, GA 30348-5262
20088065       +E-mail/Text: bk@avant.com Jan 23 2020 22:03:37       AVANT,    640 N. LASALLE ST. SUITE 545,
                 CHICAGO, IL 60654-3731
20088067       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2020 22:10:54       Capital One,
                 Po Box 30281,    Salt Lake Cty, UT 84130-0281
20229168        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2020 22:10:54
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20088082       +E-mail/Text: documentfiling@lciinc.com Jan 23 2020 22:01:13       Comcast Cable c/o Xfinity,
                 7561 North Point Pkwy #900,    Alpharetta, GA 30022-4847
20088077       +E-mail/Text: G06041@att.com Jan 23 2020 22:03:24      Direct T.V,    Po Box 5007,
                 Carol Stream, IL 60197-5007
20088074        E-mail/Text: brnotices@dor.ga.gov Jan 23 2020 22:02:15       Georgia Department of Revenue,
                 c/o Ila Patel,    1800 Century Blvd NE, Ste 9100,    Atlanta, GA 30345
20088087        E-mail/Text: Bankruptcies@Greystonepower.com Jan 23 2020 22:02:22       Greystone Power,
                 4040 Bankhead Hwy,    Douglasville, GA 30134
20088069       +E-mail/Text: cio.bncmail@irs.gov Jan 23 2020 22:01:53       Internal Revenue Service,
                 PO Box 7346,    Mamun Syed,    Philadelphia, PA 19101-7346
20091061       +E-mail/Text: usagan.bk@usdoj.gov Jan 23 2020 22:02:38       U. S. Attorney,
                 600 Richard B. Russell Bldg.,    75 Ted Turner Drive, SW,    Atlanta GA 30303-3315
20088073       +E-mail/Text: usagan.bk@usdoj.gov Jan 23 2020 22:02:38       US Attorney's Office-ATL,
                 75 Spring St SW # 1800,    Atlanta, GA 30303-3331
20088064        E-mail/Text: vci.bkcy@vwcredit.com Jan 23 2020 22:03:05       VW CREDIT,    2333 WAUKEGAN RD,
                 DEERFIELD, IL 60015
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20088068*      +Capital One,   Po Box 30281,    Salt Lake Cty, UT 84130-0281
20088070*       Internal Revenue Service - Atl,    401 W PEACHTREE ST, NW, RM 1665,    c/o MARIA HARRIS,
                 Atlanta, GA 30308
20088084      ##+Carmen Conley,    9851 Murano View,    Alpharetta, GA 30022-8686
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 113E-9          User: jacksong               Page 2 of 2                   Date Rcvd: Jan 23, 2020
                              Form ID: 184                 Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
              Jonathan A. Proctor    on behalf of Debtor Robert Ramon Harris, III jproctor@semradlaw.com,
               ganb.courtview@slfcourtview.com
              Lauren A. Drayton    on behalf of Debtor Robert Ramon Harris, III ldrayton@semradlaw.com,
               ganb.courtview@SLFCourtview.com
              Lucretia Lashawn Scruggs     on behalf of Creditor    WELLS FARGO BANK, N. A.
               GAECFNotifications@logs.com,  lscruggs@logs.com
              Neil C. Gordon    on behalf of Trustee Neil C. Gordon angela.ford@agg.com,
               carol.stewart@agg.com;ngordon@ecf.epiqsystems.com;ecf.alert+Gordon@titlexi.com
              Neil C. Gordon     angela.ford@agg.com,
               carol.stewart@agg.com;ngordon@ecf.epiqsystems.com;ecf.alert+Gordon@titlexi.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Taylor S. Mansell    on behalf of Creditor    WELLS FARGO BANK, N. A. tmansell@logs.com,
               gaecfnotifications@logs.com
                                                                                             TOTAL: 7
```